Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

```
                                            ┌─────────────────────────────┐
                                            │ _✓_ FILED      ___ LODGED   │
                                            │ ___ RECEIVED   ___ COPY     │
                                            │                             │
                                            │      JUL 3 1 2023           │
                                            │  CLERK U S DISTRICT COURT   │
                                            │   DISTRICT OF ARIZONA       │
                                            │ BY              DEPUTY      │
                                            └─────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| NANCY ARNAOUDOFF <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> TIVITY HEALTH INC. <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. **CV23-01510-PHX-DJH** <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☑Yes ☐No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | NANCY ARNAOUDOFF |
| Street Address | 1175 W. PECOS ROAD #1123 |
| City and County | CHANDLER, MARICOPA |
| State and Zip Code | AZ, 85224 |
| Telephone Number | (818) 585-5288 |
| E-mail Address | NANCYARNAOUDOFF2023@GMAIL.CON |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

Name — TIVITY HEALTH INC.

Job or Title *(if known)* —

Street Address — 1445 S. SPECTRUM BLVD #200

City and County — CHANDLER, MARICOPA

State and Zip Code — AZ, 85286

Telephone Number — (480)444-5400 & 1-800-869-5311

E-mail Address *(if known)* — HOLLY.PENLAND@TIVITYHEALTH.COM
BONNIE.SCHIRATO@TIVITYHEALTH.COM

**Defendant No. 2**

Name —

Job or Title *(if known)* —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 3**

Name —

Job or Title *(if known)* —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 4**

Name —

Job or Title *(if known)* —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address *(if known)* —

**C.      Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | TIVITY HEALTH INC. |
| Street Address | 1445 S. SPECTRUM BLVD. #200 |
| City and County | CHANDLER, MARICOPA |
| State and Zip Code | AZ, 85286 |
| Telephone Number | (480)444-5400 & 1-800-869-5311 |

## II.      Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐      Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐      Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑      Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐      Other federal law *(specify the federal law)*:

☐      Relevant state law *(specify, if known)*:

☐      Relevant city or county law *(specify, if known)*:

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐  Failure to hire me.

☑  Termination of my employment.

☐  Failure to promote me.

☐  Failure to accommodate my disability.

☐  Unequal terms and conditions of my employment.

☑  Retaliation.

☐  Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

_____

C.   I believe that defendant(s) *(check one)*:

☐  is/are still committing these acts against me.

☑  is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐  race       _____

☐  color      _____

☐  gender/sex _____

☐  religion   _____

☐  national origin _____

☐  age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☑  disability or perceived disability *(specify disability)*

NEUROGENIC BLADDER

E.   The facts of my case are as follows.  Attach additional pages if needed.

Date: 07/20/2023

I, Nancy Arnaoudoff was discriminated against due to my disability and terminated by Tivity Health Inc. on November 18, 2020, without any consideration about the fact that we were in a Pandemic year with multiple delays in the Healthcare Organization Industry due to COVID-19, which included Executive Orders from the Governor Delaying Elective Surgeries, COVID-19 Testing Prior to Surgeries, Protocols for COVID-19 Positive Test Results, and Hospital Protocols.

My employer, Tivity Health Inc., would not give me an additional 2 months of ADA Accommodations from (10/27/20 to 01/4/21) to fully recover from my surgery and the complications I was having afterwards. As you can clearly see with the evidence of the Medical Records provided, I needed those additional months of recovery time, to do a "Urodynamic Test" which would determine that I would need to self-catheterize and then adjust myself to self-catheterization after my Bladder Botox Injection Surgery was completed. Tivity Health Inc. would not even listen to me and consider the multiple delays of the Healthcare Organization Industry and the fact that it took 7 months before I could even do my surgery and all I wanted was an additional 2 more months at the end to fully recover from my complications before returning back to work. Instead, they cut me off and opted not to hear me out or understand what was going on during the Pandemic year with the Healthcare industry due to COVID-19. Tivity Health fabricated that according to me and my physician, I was not expected to return to work until at least 2022, if not permanently and moved forward with its decision to terminate my employment under false pretenses.

Tivity Health failed to engage in the interactive process with me, they failed to provide me with reasonable accommodation during a Pandemic year, they retaliated against me by terminating me under fabricated false pretenses, all in violation of the Americans with Disabilities Act.

Tivity Health Inc. did not consider one of the many delays was due to the COVID-19 Pandemic, Governor Douglas A. Ducey's Executive Order 2020-10, Delayed Elective Surgeries to Conserve Personal Protective Equipment Necessary to Test and Treat Patients with COVID-19.
Another delay was the fact that I was COVID-19 Positive and required two consecutive COVID-19 Negative test results, 14 days apart before the hospital & my physician would allow me to do the surgery. The surgery kept getting delayed until I recovered from COVID-19.
My surgery was delayed from March 2020 to August 2020.

After I completed the procedure on August 31st, 2020, I did not expect to have to deal with Urine Retention all of September and October 2020 which is a common side effect that I found out with this surgery. I needed time to do a "Urodynamic Test" which was done in November 2020 after I was fired, which would determine that I would need to self-catheterize. I needed time to learn how to self-catheterize myself and relieve this new chronic urine retention pain that I was going through, but Tivity Health Inc. did not care, did not want to hear me out, and did not engage in any interactive process to understand what I was going through as a disabled individual during this Pandemic Year. They only gave me two options, which was to come back to work immediately at the end of

October 2020 or be terminated with a Severance package that comes with a release form. This was so unfair to me and my career path because I loved my job, but I chose my health, so I was terminated without a severance package because I refused to sign a release form.

Tivity Health Inc. Attorney "Daniel Crowell's" closing argument to EEOC Supervisory Investigator "Patricia Miner" made me feel guilty for being sick and disabled. Attorney "Daniel Crowell" stated that Tivity Health Inc. had given me plenty of FMLA and ADA Accommodations from 2014 until my termination date in 2020 and that in other words, it did not matter or make any difference that it was for a completely different diagnosis or reason. I was a disabled individual who was getting older, dealing with more health conditions that came with age, and my environment. When I first went out on FMLA in 2014, it was due to "Valley Fever", a condition which came from living in Arizona with all the dust storms which I also recovered from and went back to work from.

This was irrelevant to my request for accommodations this time for recovery from my Bladder Surgery in the Pandemic Year of 2020, but Tivity Health did not care, and was holding the last 5 years against me for being sick and disabled for other reasons. Also, just because Short-Term disability runs out after 3 months and you must file and certify for Long-Term Disability to continue your Paychecks/Benefits, it does not mean that you're disabled permanently or even for the next 24 months. This was not my first time on Long-Term Disability through Tivity Health's LTD carrier. I was on Long-Term Disability before for a short period of time when my Short-Term Disability runs out and ends, Long-Term kicks in until I return back to work.  That is how it's always worked.

According to Tivity Health's Attorney "Daniel Crowell" statement to EEOC Supervisory Investigator "Patricia Miner", Tivity Health assumed that I was Not going to return back to work and terminated me because I filed for Long-Term Disability, was certified and approved for the next 24 months which gave Tivity Health the assumption that I was permanently disabled or that I was not going to return back to work. This is even after reading my Physician Statement from 07/31/20 which stated, "I can return back to work after recovery from the procedure" and also the "Workplace Accommodation Questionnaire" that my Physician filled out on 10/27/20 which also stated, "Reliable to work a full-time schedule after Full Recovery from upcoming procedure & treatment". Tivity Health failed to understand what my Physician was trying to communicate to them. Tivity Health did not engage in understanding what the delays were in this Pandemic Year with the Healthcare Organization, COVID-19, and the Executive Orders. Instead Tivity Health Inc. ignored my Physician's communication and discriminated against me by moving forward with terminating my employment in the middle of my recovery process with the excuse of me being permanently disabled under false pretenses.

Tivity Health Inc. refrained from engaging in any interactive process with me to look at the facts of a Pandemic year with all the multiple delays of The Healthcare Organization, COVID-19 Testing, and Executive Orders, but I also felt that Tivity Health would not accommodate me any longer as they did not want a disabled individual working for them who would have to continue to be on ADA or FMLA throughout the future years.

I want the court to know that I did recover from my Bladder Surgery, I learned how to self-catheterize myself, and I gained employment a year later in November 2021 with "Consumer Cellular" proving Tivity Health Inc. wrong. I was not permanently disabled. I just needed time to recover.

This new job of course was not my dream job and what I went to school for, as I went to school to learn "Billing and Coding" and was working in my dream job at "Tivity Health Inc." as a Customer Service Representative for the "Physical Medicine Department" dealing with (Claims, Authorization, and Credentialing providers.) I was good at my job because I loved my job, and I also enjoyed my family of colleagues.
After 8 years of devoting myself to Tivity Health Inc. and starting this Department "Physical Medicine" from scratch which moved from back East to Arizona in 2012, they fired me and took away the BEST JOB I ever had. Tivity Health Inc. couldn't wait 2 months for me to recover, figure out how to self-catheterize myself, and return back to work, plus they wouldn't even let me explain anything to them or interact with me about it. They opted to silence me, using my past FMLA and ADA against me, and terminating me with the assumption that I was

permanently disabled and not coming back to work, even after my Physician stated that I would return back to work after full recovery from my surgery on 1/4/21.

I am suing Tivity Health Inc. for employment discrimination, retaliation, and wrongful termination. I am asking for 1 years' worth of my salary including all my benefits, and bonuses that I missed out on from November 2020 to November 2021, and relief with Punitive Damages for Pain and Suffering which would be a total of $50,000.00
Breakdown is as follows:

My Yearly Salary which was $37,440.000
My Yearly Benefits, Bonuses, Perks and Punitive Damages for Pain and Suffering $12,560.00.

Grand Total of $50,000.00

Thank you for hearing me out.

Sincerely,
Nancy Arnaoudoff

**tivity**
HEALTH™

Tivity Health Services, LLC
701 Cool Springs Blvd.
Franklin, TN 37067

| Pay Statement | |
| --- | --- |
| Period Start Date | 01/27/2020 |
| Period End Date | 02/09/2020 |
| Pay Date | 02/14/2020 |
| Document | 1447100 |
| Net Pay | $974.53 |

## Pay Details

Nancy Amaoudoff
1656 E Jarvis Ave
Mesa, AZ 85204
USA

| | |
| --- | --- |
| Employee Number | 114254 |
| SSN | XXX-XX-XXXX |
| Job | Rep, Member Experience |
| Pay Rate | $18.0250 |
| Pay Frequency | Biweekly |

| | |
| --- | --- |
| Pay Group | SER |
| Location | Chandler, AZ |
| Org Company | 74 - AWH |
| Cost Center | 2314 - AWH Direct |
| Department | 062 - CUSTOMER SERVICE |
| Work Loc | CHANDL - Chandler Campus |

## Earnings

| Pay Type | Hours | Current | YTD |
| --- | --- | --- | --- |
| Addl Regular | 0.0000 | $0.00 | $216.30 |
| Anniversary | 0.0000 | $0.00 | $144.20 |
| DP Dental txbl | | $18.33 | $54.99 |
| DP Vision txbl | | $2.29 | $6.87 |
| FMLA Track | 18.0000 | $0.00 | $0.00 |
| GTL taxable | | $2.65 | $7.95 |
| Holiday | 0.0000 | $0.00 | $432.60 |
| LTD taxable | 0.0000 | $0.00 | $24.99 |
| Regular Pay | 62.0000 | $1,117.55 | $3,668.09 |
| STD taxable | 0.0000 | $8.70 | $26.10 |

| Total Hours Worked 0.0000 | Total Hours 80.0000 |
| --- | --- |

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
| --- | --- | --- | --- | --- | --- | --- |
| Acc Adv | $0.00 | No | $8.93 | $26.79 | $0.00 | $0.00 |
| Dental | $0.00 | Yes | $22.38 | $67.14 | $34.89 | $104.67 |
| DP Dental txbl | $0.00 | No | $18.33 | $54.99 | $0.00 | $0.00 |
| DP Vision txbl | $0.00 | No | $2.29 | $6.87 | $0.00 | $0.00 |
| GTL taxable | $0.00 | No | $2.65 | $7.95 | $0.00 | $0.00 |
| Legal | $8.28 | No | $8.28 | $24.84 | $0.00 | $0.00 |
| LTD taxable | $0.00 | No | $8.33 | $24.99 | $0.00 | $0.00 |
| Spouse Life 20K | $20,000.00 | No | $0.84 | $2.52 | $0.00 | $0.00 |
| STD taxable | $0.00 | No | $8.70 | $26.10 | $0.00 | $0.00 |
| BLIFE nontaxble | $0.00 | No | $0.00 | $0.00 | $3.15 | $9.45 |
| LTD - ER calc | $0.00 | No | $0.00 | $0.00 | $8.33 | $24.99 |
| STD - ER calc | $0.00 | No | $0.00 | $0.00 | $8.70 | $26.10 |
| Sup Life Child | $10,000.00 | No | $0.92 | $2.76 | $0.00 | $0.00 |
| Vision | $0.00 | Yes | $6.26 | $18.78 | $1.40 | $4.20 |

## Taxes

| Tax | Based On | Current | YTD |
| --- | --- | --- | --- |
| Employee Medicare | $1,129.21 | $16.37 | $85.19 |
| Social Security Employee Tax | $1,129.21 | $70.01 | $278.76 |
| AZ State Income Tax | $1,129.21 | $9.03 | $35.97 |

## Paid Time Off

| Plan | Current | Balance |
| --- | --- | --- |
| Paid Time Off | 5.7231 | 2.1233 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
| --- | --- | --- |
| xxxxx2923 | Checking | $974.53 |
| Total | | $974.53 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | $1,157.85 | $1,129.21 | $95.41 | $87.91 | $974.53 |
| YTD | $4,582.09 | $4,496.17 | $379.92 | $263.73 | $3,938.44 |

# Consumer Cellular®

## PAYROLL CHANGE FORM

### EMPLOYEE INFORMATION

**EMPLOYEE NAME:** NANCY ARNAOUDOFF

**POSITION ID:** ZSY019986   **REASON FOR CHANGE:** ADJUSTMENT

**EFFECTIVE DATE:** 5/1/2022   **TODAY'S DATE:** 4/29/2022

| | CURRENT POSITION | NEW POSITION |
|---|---|---|
| LOCATION | PHX 1 | PHX 1 |
| JOB TITLE | CSRII | CSRII |
| RATE | 15.75 | 17.50 |
| RATE TYPE | | |
| BONUS TYPE | | |

### SIGNATURES

**EMPLOYEE:** *Nancy Arnaoudoff*
Nancy Arnaoudoff (May 1, 2022 11:32 PDT)     **DATE:**

**MANAGER:** *Angela Wershing*
Angela Wershing (Apr 29, 2022 13:24 PDT)     **DATE:**

# ARNAOUDOFF,NANCY-PCF.4.29.22

Final Audit Report                                                      2022-05-01

| | |
|---|---|
| Created: | 2022-04-29 |
| By: | Angela Wershing (angela.wershing@consumercellular.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAKQ5RLZ_e3kF_2-zX5_ZNQFMUdvMLEUNO |

## "ARNAOUDOFF,NANCY-PCF.4.29.22" History

📑 Document created by Angela Wershing (angela.wershing@consumercellular.com)
2022-04-29 - 8:24:18 PM GMT- IP address: 72.222.222.152

🖉 Document e-signed by Angela Wershing (angela.wershing@consumercellular.com)
Signature Date: 2022-04-29 - 8:24:55 PM GMT - Time Source: server- IP address: 72.222.222.152

✉ Document emailed to Nancy Arnaoudoff (nancy.arnaoudoff@consumercellular.com) for signature
2022-04-29 - 8:24:57 PM GMT

📑 Email viewed by Nancy Arnaoudoff (nancy.arnaoudoff@consumercellular.com)
2022-05-01 - 6:10:28 PM GMT

🖉 Document e-signed by Nancy Arnaoudoff (nancy.arnaoudoff@consumercellular.com)
Signature Date: 2022-05-01 - 6:32:24 PM GMT - Time Source: server

✔ Agreement completed.
2022-05-01 - 6:32:24 PM GMT

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

**IV.    Exhaustion of Federal Administrative Remedies**

    A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

        **4/2/21**

    B.    The Equal Employment Opportunity Commission *(check one)*:

        ☐    has not issued a Notice of Right to Sue letter.

        ☑    issued a Notice of Right to Sue letter, which I received on *(date)*  **5/3/23**

        *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

    C.    Only litigants alleging age discrimination must answer this question.

        Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

        ☐    60 days or more have elapsed.

        ☐    less than 60 days have elapsed.

**V.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I AM ASKING FOR 1 YEAR OF MY SALARY @ $18 AN HOUR WHICH EQUALS TO $37,440.⁰⁰ PLUS MY YEARLY BONUS & BENEFITS WHICH INCLUDED HEALTHCARE, DENTAL, VISION, LIFE INSURANCE ACCIDENT INSURANCE, BONUS DAYS OFF WITH PAY, 401K & HOLIDAY. PERKS WHICH EQUALS TO $12,560.⁰⁰

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

IN TOTAL IT WOULD BE $50,000.00 WHICH WOULD ALSO INCLUDE PUNITIVE DAMAGES.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    7/20/23

Signature of Plaintiff

Printed Name of Plaintiff    NANCY ARNAOUDOFF

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | |

| **Arizona Civil Rights Division** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(Indicate Mr., Ms., Mrs.)* **Nancy Arnaoudoff** | Home Phone *(Incl. Area Code)* **(818) 585-5288** | Date of Birth **11/26/1969** |
|---|---|---|

| Street Address **101 S. Rita Lane, Chandler, AZ 85226** | City, State and ZIP Code | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name **Tivity Health, Inc.** | No. Employees, Members **>500** | Phone No. *(Include Area Code)* **(480) 444-5162** |
|---|---|---|

| Street Address **1445 S. Spectrum Boulevard, Suite #100, Chandler, AZ 85286** | City, State and ZIP Code | |
|---|---|---|

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|

| Street Address | City, State and ZIP Code | |
|---|---|---|

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest **11/18/20** | Latest **11/18/20** |

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was employed by the Company as an Experience Center Representative from November 19, 2012 until November 18, 2020.

I suffer from Neurogenic Bladder Disorder, which is covered under the Americans with Disabilities Act ("ADA"). But the Company failed to provide me with a reasonable accommodation and told me that I had a choice to come back to work from my long-term disability leave or be terminated. Recently, on or about October 27, 2020, I requested an accommodation from the Company to allow me to return to work in early January 2021, but the Company turned me down without explanation.

The Company failed to engage in the interactive process, failed to provide me with a reasonable accommodation, retaliated against me, and fired me, all in violation of the Americans With Disabilities Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the above is true and correct. | SIGNATURE OF COMPLAINANT |

Apr 2, 2021

Nancy Abramowitz (Apr 2, 2021 11:13 PDT)

**Date**

**Charging Party Signature**

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

# Arnaoudoff.EEOC.Charge.Revised

**Final Audit Report**                                           2021-04-02

| | |
|---|---|
| Created: | 2021-04-02 |
| By: | Elliot Isaac (isaaclawyer@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAYc-TBrD0eZA4JA8RJGZTJm-Qsec2g0_l |

## "Arnaoudoff.EEOC.Charge.Revised" History

🗐 Document created by Elliot Isaac (isaaclawyer@gmail.com)
2021-04-02 - 5:46:29 PM GMT- IP address: 70.184.80.233

✉ Document emailed to Nancy Arnaoudoff (nancyarnaoudoff2020@gmail.com) for signature
2021-04-02 - 5:47:07 PM GMT

🗐 Email viewed by Nancy Arnaoudoff (nancyarnaoudoff2020@gmail.com)
2021-04-02 - 6:08:13 PM GMT- IP address: 66.249.84.85

🖉 Document e-signed by Nancy Arnaoudoff (nancyarnaoudoff2020@gmail.com)
Signature Date: 2021-04-02 - 6:13:15 PM GMT - Time Source: server- IP address: 71.223.14.140

✅ Agreement completed.
2021-04-02 - 6:13:15 PM GMT

**Adobe Sign**

ARIZONA UROLOGY LLC • 1488 W ELLIOT ROAD, GILBERT AZ 85233-5196

**ARNAOUDOFF, Nancy (**████████**, dob:** ████████**)**

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing and well-nourished. Level of Distress: no acute distress.

**Lungs:** Auscultation: clear to auscultation and normal breath sounds.

**Cardiovascular:** Heart Auscultation: no murmurs, rubs, or gallops and regular rate and rhythm.

**Abdomen:** Inspection and Palpation: no tenderness, masses, or CVA tenderness and soft. Liver: non-tender and no hepatomegaly. Spleen: non-tender and no splenomegaly. Hernia: none palpable.

**Skin:** General Appearance of extremities: no edema. Inspection and palpation: no rash or lesions and normal temperature.

her right abdomen is examined and she points toward the right flank and her right groin for the location of the pain there are no rashes in this area.

## Assessment / Plan

**1. Urge incontinence of urine**- recommend Botox injections under general anesthesia in the operating room as this has previously helped with her urinary frequency urgency as well as her pain.
  N39.41: Urge incontinence
  • URGE INCONTINENCE IN WOMEN: CARE INSTRUCTIONS
  • SURGICAL BOTOX INJECTION (SURG)

**2. Right flank pain** - CT urogram is negative for stones or hydronephrosis
MAG3 renal scan demonstrates no obstruction of the bilateral urinary tracts
Urine tests are negative for infection or blood
I do not strongly believe that her right flank pain/abdominal pain is urologic in origin based on my diagnostic test being negative
We are proceeding with injection of intravesical Botox with the intent of treating her urinary frequency with the hopes that it may improve her pain but this I would not be able to explain. But it has happened in the past.
Overall it is my impression that her pain seems musculoskeletal given the way it is characterized. With associated urinary symptoms this may also suggest a nerve/spinal component. I believe it is worth looking into.
As always I would recommend the patient ascribed to a bowel regimen to ensure she is not constipated as this can complicate the picture of her abdominal pain and urinary symptoms.
  R10.9: Unspecified abdominal pain

Return to Office
None recorded.

## Encounter Sign-Off
Encounter signed-off by Stephen M. Larsen, MD, 02/27/2020.

Encounter performed and documented by Stephen M. Larsen, MD
Encounter reviewed & signed by Stephen M. Larsen, MD on 02/27/2020 at 3:13pm



**Live healthy. Live long.**

tivityhealth.com
1445 S. Spectrum Blvd.,
Chandler, AZ 85286
800.869.5311

## WORKPLACE ACCOMMODATION QUESTIONNAIRE

**To:**   Healthcare Provider

**From:** Tivity Health

**Date:** February 26, 2020

**Re:**   Nancy Arnaoudoff

Your patient, Nancy Arnaoudoff, is an employee of Tivity Health.  Nancy has been taking intermittent FMLA leave for several months due to multiple medical conditions.  Although Nancy has recently exhausted her entitlement to FMLA leave, she has asked Tivity Health to extend her leave of absence.  To determine whether Tivity Health can accommodate Nancy's request, we would like for you to provide the following information:

1.  Is Nancy currently able to reliably work a full-time schedule?  Yes_____ No__✓__

2.  If the answer to Question No. 1 is "No", then please answer the following questions:

   A.  Please identify all medical conditions that are currently preventing Nancy from reliably working a full-time schedule: *Chronic pain, right upper abdominal pain still undiagnosed, being evaluated at this time by several specialists, Hemoptysis, cough, respiratory difficulty*

   B.  How many days/hours per week can Nancy currently reliably work? *None*

   C.  When do you expect that Nancy will be able to reliably work a full-time schedule again? *5/18/2020*

Workplace Accommodation Questionnaire

**D.** Is there anything that Nancy or Tivity Health can do that will allow her to reliably work a full-time schedule sooner? _Full recovery from upcoming procedures_

**3.** Please identify any other functions of Nancy's position with Tivity Health that Nancy cannot currently perform: _Cannot perform all duties at this time_

**COMPLETED BY:**

_____
Healthcare Provider Signature

_Kathryn Donesa-Zuzak, M.D._
Healthcare Provider Printed Name

_3/11/2020_
Date

GOVERNOR DOUGLAS A. DUCEY

# STATE OF ARIZONA
★
# EXECUTIVE ORDER

**Executive Order 2020-32**

**Requesting Exemption from Executive Order 2020-10**

**Elective Surgeries**

**WHEREAS**, on March 11, 2020, I, as Governor of the State of Arizona, pursuant to A.R.S. §§ 26-303 et al. and 36-787, issued a declaration of Public Health Emergency due to the necessity to prepare for, prevent, respond to, and mitigate the spread of COVID-19; and



**WHEREAS**, on March 19, 2020, Executive Order 2020-10, *Delaying Elective Surgeries to Conserve Personal Protective Equipment Necessary to Test and Treat Patients with COVID-19*, was issued delaying non-essential, elective medical and dental surgeries to conserve hospital beds, personal protective equipment (PPE) and other equipment such as ventilators needed to treat COVID-19 patients; and

**WHEREAS**, as of April 22, 2020, there have been 5,459 diagnosed cases of COVID-19 in Arizona including 229 deaths, and additional cases will continue to be diagnosed; and

**WHEREAS**, since the issuance of Executive Order 2020-10, hospitals and healthcare providers have conserved PPE and built additional capacity in medical-surgery (med-surg) and Intensive Care Unit (ICU) beds; and

**WHEREAS**, hospitals and healthcare providers that have sufficient supplies of PPE, available capacity within their hospital, ability to test pre-operative patients and at-risk healthcare workers for COVID-19, and ability to protect their vulnerable patients should be able to resume elective, non-essential surgeries if they can demonstrate they can continue to meet criteria related to PPE, bed capacity, testing and precautions.

**NOW, THEREFORE,** I, Douglas A. Ducey, Governor of the State of Arizona, by virtue of the authority vested in me by the Constitution and laws of this state including A.R.S. §§ 26-303 et al and 36-787 hereby order as follows:

I.  The Arizona Department of Health Services shall establish minimum criteria that hospitals, healthcare facilities, and providers (including dental surgery providers) must demonstrate in a request for exemption from Executive Order 2020-10 that shall include:

    a.  A continuing supply of PPE that will support the hospital, healthcare facility or provider for more than 14 days and that is not reliant on the state or a county health department; and

    b.  Adequate staffing and bed availability with no greater than 80% of total bed capacity occupied, if it is a hospital; and

    c.  Implementation of a robust COVID-19 testing plan to test all at-risk healthcare workers and each patient prior to the scheduling of an elective, non-essential surgery or during the pre-operative time period; and

  d. Implementation of a process to identify, inventory and document the availability of PPE, test collection kits, and the availability of a lab that can run the COVID-19 diagnostic test; and

  e. Implementation of a universal symptom screening process for all staff, patients, and visitors prior to entry into the facility; and

  f. Implementation of an enhanced cleaning process for patient and waiting areas; and

  g. Implementation of policies and procedures for appropriate discharge planning of patients, including pre-discharge diagnostic COVID-19 testing for patients transferring to a nursing care institution, residential care institution setting, or Group Home for the Developmentally Disabled; and

  h. Implementation of policies and procedures that prioritize elective, non-essential surgeries based upon urgency following the Centers for Medicaid and Medicare Services (CMS) Adult Elective Surgery and Procedures Recommendations.

2. The Arizona Department of Health Services shall implement a process for hospitals, healthcare facilities and providers to request an exemption from Executive Order 2020-10 and demonstrate they meet the minimum criteria to resume elective, non-essential surgeries. Those receiving an exemption from Executive Order 2020-10 may begin these surgeries on or after May 1, 2020.

3. A hospital, healthcare facility or provider who has an exemption from Executive Order 2020-10 is not eligible to request or receive PPE distributed by the state or county health departments.

4. This order shall remain in place until further notice, and shall be reconsidered for repeal or revision every two weeks in conjunction with review of Executive Order 2020-10.

    **IN WITNESS WHEREOF**, I have hereunto set my hand and caused to be affixed the Great Seal of the State of Arizona.

        **G O V E R N O R**

    **DONE** at the Capitol in Phoenix on this twenty- second day of April in the Year Two Thousand and Twenty and of the Independence of the United States of America the Two Hundred and Forty-Fourth.

    **ATTEST:**

        **Secretary of State**

**legal.esipc@gmail.com**

| | |
|---|---|
| **From:** | Nancy Arnaoudoff <arnaoudoffnancy@gmail.com> |
| **Sent:** | Thursday, August 19, 2021 1:48 PM |
| **To:** | nancyarnaoudoff2020@gmail.com |
| **Subject:** | Fwd: Nancy Arnaoudoff's Tivity Health ADA Continuation Request Due To COVID-19 |
| **Attachments:** | image001.png |

---------- Forwarded message ---------
From: **Nancy Arnaoudoff** <arnaoudoffnancy@gmail.com>
Date: Tue, Jul 7, 2020, 9:35 AM
Subject: Nancy Arnaoudoff's Tivity Health ADA Continuation Request Due To COVID-19
To: Penland, Holly <Holly.Penland@tivityhealth.com>
Cc: <Bonnie.Schirato@tivityhealth.com>

Hello Holly,

This is Nancy Arnaoudoff, my surgery which was scheduled for Weds. 7/8/20 (tomorrow) was cancelled as the hospital required a COVID-19 test prior to surgery and mine came back positive. As of today I'm COVID-19 positive and have to wait 14 days and take another test & be negative, then wait another 14 days, take a second test be COVID-19 Negative for the second time before I am able to do the surgery.

This is not mentioning if I develop fever and cough and get worse and the treatment I would have to go through for COVID-19. This is Only surgery requirements right now.

I've contacted my disability case manager (Jordan) and he is aware of the situation as well and a new ADA form will be coming to you from my Primary Care Physician Dr. Zuzak next week. I wanted to keep Tivity Health updated as soon as I found out and I will email the new ADA as soon as I can.
Stay Safe, God Bless.

Nancy Arnaoudoff

On Mon, Jun 22, 2020, 12:18 PM Penland, Holly <Holly.Penland@tivityhealth.com> wrote:

Nancy,


So sorry I have not responded to you.


I am waiting to meet with HR regarding the ADA request and that should take place by next week.


I will provide an update to you at that time.

1



**Live healthy. Live long.**

tivityhealth.com
1445 S. Spectrum Blvd.,
Chandler, AZ 85206
800.869.5311

## WORKPLACE ACCOMMODATION QUESTIONNAIRE

**To:**   Healthcare Provider

**From:** Tivity Health

**Date:** February 26, 2020

**Re:**   Nancy Arnaoudoff

Your patient, Nancy Arnaoudoff, is an employee of Tivity Health.  Nancy has been taking intermittent FMLA leave for several months due to multiple medical conditions. Although Nancy has recently exhausted her entitlement to FMLA leave, she has asked Tivity Health to extend her leave of absence.  To determine whether Tivity Health can accommodate Nancy's request, we would like for you to provide the following information:

1. Is Nancy currently able to reliably work a full-time schedule?  Yes_____  No___✓___

2. If the answer to Question No. 1 is "No", then please answer the following questions:

   A. Please identify all medical conditions that are currently preventing Nancy from reliably working a full-time schedule: _COVID19, chest pain, chest tightness, productive cough, headache, burning in chest; urethral stricture, hemoptysis, pending urologic surgery & recovery_

   B. How many days/hours per week can Nancy currently reliably work?  _N/A_

   C. When do you expect that Nancy will be able to reliably work a full-time schedule again?  _After full recovery from urologic procedures_

1 of 3

Workplace Accommodation Questionnaire

**D.** Is there anything that Nancy or Tivity Health can do that will allow her to reliably work a full-time schedule sooner?  *None*

_____

_____

_____

3. Please identify any other functions of Nancy's position with Tivity Health that Nancy cannot currently perform:  *Unable to perform any of her responsibilities at this time.*

_____

_____

**COMPLETED BY:**

_____
**Healthcare Provider Signature**

*Kathryn Donesa-Zuzak M.D.*
**Healthcare Provider Printed Name**

*7/13/2020*
**Date**



Arnaoudoff, Nancy, F, ▇▇▇▇▇

📞 818-585-5288

**Live Well Family Medicine**
2320 W. Ray Road Suite 1, Chandler, AZ 852245987
📞 480-800-3561

## FINAL RESULT

Lab Ref ID: A00595

| | | |
|---|---|---|
| Order Date: 07/20/2020 | Result Recd: 07/29/2020 16:40:05 | Spec Recd: 07/20/2020  23:15:00 |
| Coll. Date: 07/20/2020 16:30:00 | Report: 07/29/2020  14:49:32 | |

Requesting Physician: Donesa-Zuzak, Kathryn Ordering Physician: DonesaZuzak, Kathryn

# SARS-CoV-2 RNA, QL, RT PCR (COVID-19) ?? Swabs

| NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|
| F Source: | Nasal | | |
| F Patient Symptomatic? | Unknown | | |
| F COVID-19 SWB | Detected A | Not Detected | PAZ |

- A Detected result is considered a positive test result for COVID-19.
- This indicates that RNA from SARS-CoV-2 (formerly 2019-nCoV) was
- detected, and the patient is infected with the virus and presumed to be
- contagious. If requested by public health authority, specimen will be
- sent for additional testing.
- Due to the current public health emergency, Sonora Quest Laboratories
- is receiving a high volume of samples from a wide variety of swabs and
- media for COVID-19 testing.  In order to serve patients during this
- public health crisis, samples from appropriate clinical sources are
- being tested.  Negative test results derived from specimens received in
- non-commercially manufactured viral collection and transport media, or
- in media and sample collection kits not yet authorized by FDA for
- COVID-19 testing, should be cautiously evaluated and the patient
- potentially subjected to extra precautions, such as additional clinical
- monitoring, including collection of an additional specimen.
-
- Methodology: Real-Time RT-PCR
-
- Modifications of this Emergency Use Authorization (EUA) assay have been
- validated and the analytic performance characteristics have been
- determined by Sonora Quest Laboratories.
-
- Please review the "Fact Sheets" and FDA authorized labeling available
- for healthcare providers and patients using the following websites:
-
- <https://www.sonoraquest.com/covid-19-information-for-healthcare-provide
- rs/>
-
- <https://www.sonoraquest.com/covid-19-information-for-patients/>

PERFORMING LAB: PAZ, Sonora Quest Laboratories
424 S. 56th St, Phoenix
AZ
85034

Arnaoudoff, Nancy | ▇▇▇▇▇ F

Accession ID: ▇▇▇▇▇



*Live Well* | FAMILY MEDICINE

2320 W. Ray Road, Suite 1
Chandler, AZ 85224
Telephone: (480) 800-3561    Fax: (480) 800-3562



July 31, 2020

To Whom It May Concern,

It is my medical opinion that Nancy Arnaoudoff is unable to return to work until she has undergone and recovered from a urological surgery, for which she needs 2 consecutive negative COVID19 tests. Unfortunately, so far she has 2 positive COVID19 tests. As soon as she is negative for COVID19 and after recovery from the procedure, Nancy would be ready to return to work. Thank you for your consideration. If you have any questions or concerns, please do not hesitate to call me.

Sincerely,

Kathryn Donesa-Zuzak, M.D.

ARIZONA UROLOGY, LLC • 1488 W ELLIOT ROAD, GILBERT AZ 85233-5196

**ARNAOUDOFF, NANCY (Id▮▮▮▮▮▮▮) dob:** ▮▮▮▮▮▮▮▮▮

The patient is a 49 year old female with a past medical history of urethral stricture who presents for evaluation and management of her condition. The patient states that she was diagnosed many years ago after initially experiencing severe right flank pain. She states that an evaluation revealed the urine was backing up into her right kidney and she had a urethral stricture. She was dilated and received medication for this issue, and had Botox injections starting in 2010. The last time she saw a urologist was in 2018, however due to some issues the patient did not have a cystoscopy done at that time. She has not had any dilations since before that visit.
Currently, she feels that she is in need of another dilation. She has been experiencing right sided flank pain, and when urinating she experiences a gush and a trickle rather than a normal stream. She feels she is retaining urine and has had fevers, chills, and malaise which are consistent with previous infections. She admits to some blood in her urine on occasion, but denies any burning with urination. She is requesting a cystoscopy with dilation under anesthesia as well as a prescription for macrobid or cipro as she feels she has a urinary tract infection.
· Pain after drinking alcohol.

8/29/19
gets post coital UTI
the urethral dilation has helped with emptying, has no pain during a normal day
she does still have some pain with alcohol in the right flank
she has a history of post coital UTI and has taken macrobid

12/5/19
Here for follow up
Complaining of persistent severe R flank and abdominal pain
Reports oxybutynin and macrobid resolved pain
PVR today is 24
PCP wants us to prescribe gabapentin or amitriptyline for IC
Still wants Botox injections into bladder
Attempts to contact patient to schedule surgery, unsuccessful

2/7/2020
patient presents for continued follow-up of abdominal pain. This abdominal pain is characterized as severe and worsening. It begins and radiates from the right flank and goes over the right groin to suprapubic area. This pain is improved with bowel movements and worsened with constipation. Will abate for approximately an hour or so and then return. she states her pain is worsened with certain movements and his assisted by laying in certain positions, as well as using a heating pad.
Her CAT scan demonstrates no urolithiasis no hydronephrosis her urine analysis as of December 2019 is negative for blood negative for white blood cells negative for infection.
We have performed a MAG3 renal scan which demonstrates virtually symmetric bilateral function kidneys and no obstruction. We have treated her with medicine for overactive bladder which seems to worsen her overall symptoms because it slows her stools.
Historically she has had Botox injections in the bladder which seemed to have helped her symptoms with verbal response this was done over 10 years ago.
She overall is quite frustrated with the fact that her pain is not yet been answered despite seeing numerous specialists including gastroenterology, hepatology.
I performed a cystoscopy in August 2019 with a urethral dilation and she states that this has had no effect, potentially even has worsened her symptoms.
She has recently seen a pelvic pain specialist who recommended hydrodistention of the bladder versus a sacral neural modulator for bladder pain syndrome.
She is also scheduled to see gynecology to discuss a possible diagnostic laparoscopy with a view towards diagnosing endometriosis.



8/13/20
Patient tested positive for COVID on pre-op testing prior to scheduled procedure for Botox injections for overactive bladder. Patient has had two negative tests after she tested positive. No COVID-like symptoms. No fever/chills or shortness of breath. She has R flank pain and urethral numbness with intermittent gross hematuria. Patient is rescheduled for Botox injections on 8/31/20 with Dr Larsen. Pre-op testing scheduled 8/24/20.

Visit conducted via telehealth.

9/24/2020
urgency is better she is sleeping through the night more often
Hirst flow is slow and she does have to strain with urination distal have right lower quadrant pain
Bladder biopsy demonstrated chronic cystitis

10/22/2020
Here for follow up
Continues to have persistent R flank and RUQ pain
Has to strain in the morning to void
Working with GI to manage chronic constipation
Taking elmiron 100 mg TID
Is concerned she is not emptying completely
Inquiring about neurogenic bladder

legal.esipc@gmail.com

| | |
|---|---|
| **From:** | Nancy Arnaoudoff <arnaoudoffnancy@gmail.com> |
| **Sent:** | Thursday, August 19, 2021 1:46 PM |
| **To:** | nancyarnaoudoff2020@gmail.com |
| **Subject:** | Fwd: Nancy Arnaoudoff's Appointment Scheduled: Aug 31, 2020 at 2:30 PM |

---------- Forwarded message ---------
From: **Nancy Arnaoudoff** <arnaoudoffnancy@gmail.com>
Date: Wed, Aug 12, 2020, 4:03 PM
Subject: Nancy Arnaoudoff's Appointment Scheduled: Aug 31, 2020 at 2:30 PM
To: Penland, Holly <Holly.Penland@tivityhealth.com>
Cc: <Bonnie.Schirato@tivityhealth.com>

Hello Holly,

Just updating you with my surgery which is scheduled for Monday August 31st 2020 with attachment below and hopefully soon after that I will be able to get a clearance from specialists and release back to work  from Dr. Zuzak my primary physician. Please let me know if you have any questions or concerns ?

Thank you.
Sincerely,
Nancy Arnaoudoff

---------- Forwarded message ---------
From: **Mountain Vista Medical Center** <noreply@patient-message.com>
Date: Tue, Aug 11, 2020, 11:56 AM
Subject: Nancy's Appointment Scheduled: Aug 31, 2020 at 2:30 PM
To: <ARNAOUDOFFNANCY@gmail.com>

# Mountain Vista Medical Center

# Nancy's Appointment Has Been Scheduled
**Aug 31, 2020 at 2:30 PM**
Stephen M. Larsen, MD
Mountain Vista Medical Center
1301 S. Crismon Rd.
Mesa, AZ 85209-3767
**Log in to your Patient Portal** to change or cancel this appointment. If this appointment is within 48 hours, please call your practice instead.

Please do not reply to this email. It was sent from an unmonitored inbox. The email and invitation are only intended for use by the named addressee. If you are not the intended recipient of this email or received this in error, please immediately and permanently delete this email.
Note: Our practice uses email, text, and/or calls to notify patients of information available regarding care, test results, appointments, and financial statements. **Sign in** to manage your contact preferences online.
Copyright 2020 athenahealth, Inc. All Rights Reserved.

ARIZONA UROLOGY LLC • 1488 W ELLIOT ROAD, GILBERT AZ 85233-5196

**ARNAOUDOFF, Nancy (id** ⬛⬛⬛⬛**, dob:** ⬛⬛⬛⬛**)**

dizziness, and no headaches. She reports no swollen glands and no bruising.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing and well-nourished. Level of Distress: no acute distress.

**Lungs:** Auscultation: clear to auscultation and normal breath sounds.

**Cardiovascular:** Heart Auscultation: no murmurs, rubs, or gallops and regular rate and rhythm.

**Abdomen:** Inspection and Palpation: no tenderness, masses, or CVA tenderness and soft. Liver: non-tender and no hepatomegaly. Spleen: non-tender and no splenomegaly. Hernia: none palpable.

**Skin:** General Appearance of extremities: no edema. Inspection and palpation: no rash or lesions and normal temperature.

## Assessment / Plan

**1. Chronic cystitis** -
start elmiron
patient has severe persistent right lower quadrant
followup 6 weeks
manage bowels
manage stress
avoid triggers
  N30.20: Other chronic cystitis without hematuria
  • Elmiron 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route.    Qty: 90 capsule(s)    Refills: 0    Pharmacy: CVS/PHARMACY #5315

### Return to Office
  • Stephen M. Larsen, MD for FOLLOW UP 15 MIN at ARIZONA UROLOGY GILBERT on 11/05/2020 at 01:00 PM

## Encounter Sign-Off
Encounter signed-off by Stephen M. Larsen, MD, 09/24/2020.

Encounter performed and documented by Stephen M. Larsen, MD
Encounter reviewed & signed by Stephen M. Larsen, MD on 09/24/2020 at 2:05pm

ARIZONA UROLOGY LLC • 1488 W ELLIOT ROAD, GILBERT AZ 85233-5196

**ARNAOUDOFF, Nancy** (id  dob: )

## ROS

Genitourinary:: **See HPI**. Patient reports no fever, no night sweats, no significant weight gain, no significant weight loss, no exercise intolerance, no chills, and no malaise. She reports no dry eyes, no vision change, no irritation, and no eye disease/injury. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, no teeth problems, no ringing in the ears, and no sinusitis. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no ankle swelling. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports no abdominal pain, no nausea, no vomiting, no constipation, normal appetite, no diarrhea, not vomiting blood, no dyspepsia, and no GERD. She reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, no swelling in the extremities, no neck pain, no difficulty walking, no cramps, no osteoporosis, and no fractures. She reports no abnormal mole, no jaundice, no rashes, no laceration, no non-healing areas, no changes in hair/nails, no psoriasis, no change in skin color, and no breast lump. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, no tremor, no gait dysfunction, and no paralysis. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, no suicidal thoughts, no mood swings, no memory loss, no agitation, no dementia, and no delirium. She reports no fatigue. She reports no swollen glands, no bruising, no excessive bleeding, no anemia, and no phlebitis. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing and well-nourished. Level of Distress: no acute distress.

**Lungs:** Auscultation: clear to auscultation and normal breath sounds.

**Cardiovascular:** Heart Auscultation: no murmurs, rubs, or gallops and regular rate and rhythm.

**Abdomen:** Inspection and Palpation: no tenderness, masses, or CVA tenderness and soft. Liver: non-tender and no hepatomegaly. Spleen: non-tender and no splenomegaly. Hernia: none palpable.

**Skin:** General Appearance of extremities: no edema. Inspection and palpation: no rash or lesions and normal temperature.

## Assessment / Plan



**1. Chronic cystitis -**
1. Continue and refill elmiron
2. Manage bowels/stress/triggers

   N30.20: Other chronic cystitis without hematuria
   • Elmiron 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route.    Qty: 90 capsule(s)    Refills: 3    Pharmacy: CVS/PHARMACY #5315

**2. Lower urinary tract symptoms -** 1. UDS with FR/PVR
2. tamsulosin
3. Follow up for UDS results
   R39.9: Unspecified symptoms and signs involving the genitourinary system

Return to Office
None recorded.

## Encounter Sign-Off

Encounter signed-off by KATHRYN MILLER, NP, 10/22/2020.

Encounter performed and documented by Stephen M. Larsen, MD
Encounter reviewed & signed by KATHRYN MILLER, NP on 10/22/2020 at 11:27am

ARIZONA UROLOGY LLC • 1488 W ELLIOT ROAD, GILBERT AZ 85233-5196

**ARNAOUDOFF, Nancy (id▓▓▓▓, dob: ▓▓▓▓▓)**

The patient is a 49 year old female with a past medical history of urethral stricture who presents for evaluation and management of her condition. The patient states that she was diagnosed many years ago after initially experiencing severe right flank pain. She states that an evaluation revealed the urine was backing up into her right kidney and she had a urethral stricture. She was dilated and received medication for this issue, and had Botox injections starting in 2010. The last time she saw a urologist was in 2018, however due to some issues the patient did not have a cystoscopy done at that time. She has not had any dilations since before that visit.
Currently, she feels that she is in need of another dilation. She has been experiencing right sided flank pain, and when urinating she experiences a gush and a trickle rather than a normal stream. She feels she is retaining urine and has had fevers, chills, and malaise which are consistent with previous infections. She admits to some blood in her urine on occasion, but denies any burning with urination. She is requesting a cystoscopy with dilation under anesthesia as well as a prescription for macrobid or cipro as she feels she has a urinary tract infection.
Pain after drinking alcohol.

8/29/19
gets post coital UTI
the urethral dilation has helped with emptying, has no pain during a normal day
she does still have some pain with alcohol in the right flank
she has a history of post coital UTI and has taken macrobid

12/5/19
Here for follow up
Complaining of persistent severe R flank and abdominal pain
Reports oxybutynin and macrobid resolved pain
PVR today is 24
PCP wants us to prescribe gabapentin or amitriptyline for IC
Still wants Botox injections into bladder
Attempts to contact patient to schedule surgery, unsuccessful

2/7/2020
patient presents for continued follow-up of abdominal pain. This abdominal pain is characterized as severe and worsening. It begins and radiates from the right flank and goes over the right groin to suprapubic area. This pain is improved with bowel movements and worsened with constipation. Will abate for approximately an hour or so and then return. she states her pain is worsened with certain movements and his assisted by laying in certain positions, as well as using a heating pad.
Her CAT scan demonstrates no urolithiasis no hydronephrosis her urine analysis as of December 2019 is negative for blood negative for white blood cells negative for infection.
We have performed a MAG3 renal scan which demonstrates virtually symmetric bilateral function kidneys and no obstruction. We have treated her with medicine for overactive bladder which seems to worsen her overall symptoms because it slows her stools.
Historically she has had Botox injections in the bladder which seemed to have helped her symptoms with verbal response this was done over 10 years ago.
She overall is quite frustrated with the fact that her pain is not yet been answered despite seeing numerous specialists including gastroenterology, hepatology.
I performed a cystoscopy in August 2019 with a urethral dilation and she states that this has had no effect, potentially even has worsened her symptoms.
She has recently seen a pelvic pain specialist who recommended hydrodistention of the bladder versus a sacral neural modulator for bladder pain syndrome.
She is also scheduled to see gynecology to discuss a possible diagnostic laparoscopy with a view towards diagnosing endometriosis.

8/13/20
Patient tested positive for COVID on pre-op testing prior to scheduled procedure for Botox injections for overactive bladder. Patient has had two negative tests after she tested positive. No COVID-like symptoms. No fever/chills or shortness of breath. She has R flank pain and urethral numbness with intermittent gross hematuria. Patient is rescheduled for Botox injections on 8/31/20 with Dr Larsen. Pre-op testing scheduled 8/24/20.

Visit conducted via telehealth.



9/24/2020
urgency is better she is sleeping through the night more often
Hirst flow is slow and she does have to strain with urination distal have right lower quadrant pain
Bladder biopsy demonstrated chronic cystitis



10/22/2020
Here for follow up
Continues to have persistent R flank and RUQ pain
Has to strain in the morning to void
Working with GI to manage chronic constipation
Taking elmiron 100 mg TID
Is concerned she is not emptying completely
Inquiring about neurogenic bladder





## WORKPLACE ACCOMMODATION QUESTIONNAIRE

**To:**    **Healthcare Provider**

**From: Tivity Health**

**Date:  February 26, 2020**

**Re:    Nancy Arnaoudoff**

Your patient, Nancy Arnaoudoff, is an employee of Tivity Health. Nancy has been

taking intermittent FMLA leave for several months due to multiple medical conditions.

Although Nancy has recently exhausted her entitlement to FMLA leave, she has asked Tivity

Health to extend her leave of absence. To determine whether Tivity Health can accommodate

Nancy's request, we would like for you to provide the following information:

1.  Is Nancy currently able to reliably work a full-time schedule? Yes_____ No _✓_

2.  If the answer to Question No. 1 is "No", then please answer the following questions:

    A.  Please identify all medical conditions that are currently preventing Nancy from

    reliably working a full-time schedule: _Urethral dysfunction & stricture,_

    _Bladder dysfunction, Neurogenic Bladder, Chronic_

    _pain, Chronic abdominal pain, Hemoptysis, Respiratory_

    _distress, being evaluated by several specialists_

    B.  How many days/hours per week can Nancy currently reliably work? _None_

    C.  When do you expect that Nancy will be able to reliably work a full-time schedule

    again? _1/4/2021_

1 of 3

Workplace Accommodation Questionnaire

**D.** Is there anything that Nancy or Tivity Health can do that will allow her to reliably work a full-time schedule sooner? _Full recovery from upcoming procedures & treatment_

**3.** Please identify any other functions of Nancy's position with Tivity Health that Nancy cannot currently perform: _Cannot perform all duties at this time_

**COMPLETED BY:**

_____
**Healthcare Provider Signature**

_Kathryn Donesa-Zuzak, M.D._
**Healthcare Provider Printed Name**

_10/27/2020_
**Date**

Workplace Accommodation Questionnaire

## <u>HIPAA AUTHORIZATION</u>

I authorize the foregoing healthcare provider to disclose protected health information about me to Tivity Health for the purpose of determining my eligibility for workplace accommodations.  This authorization will remain in effect for one (1) year unless I sooner revoke it by notifying the foregoing healthcare provider and Tivity Health in writing.

_____

**Nancy Arnaoudoff**

10/27/2020

**Date**

12/8/2020                                    Gmail - Severance Pay & Release of Liability

 **Gmail**                                    Nancy Arnaoudoff <nancyarnaoudoff2020@gmail.com>

## Severance Pay & Release of Liability

**Schirato, Bonnie** <Bonnie.Schirato@tivityhealth.com>                           Wed, Nov 18, 2020 at 3:13 PM
To: "nancyarnaoudoff2020@gmail.com" <nancyarnaoudoff2020@gmail.com>
Cc: "Penland, Holly" <Holly.Penland@tivityhealth.com>

   Nancy, good afternoon. As the attached documents state, we will not extend your leave further, and as such, we are terminating your employment effective today, 11/18/20. Attached is your notice letter, and in the event that you wish to reconsider our offer of severance, I attached that as well.

We will soon send you a packet of information regarding outplacement, equipment return, etc.  Please reach out with any questions you may have.

Thanks, Nancy, and take care,

bonnie


**Bonnie Schirato** • Chief People & Culture Officer

**Tivity Health** • tivityhealth.com

c • 847.561.8911   o • 480.444.5162   a • 1445 S Spectrum Blvd, Suite 100, Chandler, AZ 85286

bonnie.schirato@tivityhealth.com





**Our Values:** Workplace Dignity & Inclusion • Empowered as Leaders • Obsessed with Customers • Nurturing One Team • Embracing Our Mission

**Our Products:** SilverSneakers® • Nutrisystem® • Prime® • Wisely Well™ • South Beach Diet® • WholeHealth Living®

[Quoted text hidden]


## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.



A R I Z O N A
**UROLOGY**



☐ MON  ☐ TUES  ☐ WED  ☐ THUR  ☐ FRI  ☐ SAT

DATE **NOV 25, 2020** AT **2pm** A.M.
P.M.

**GLENDALE OFFICE**
17560 N. 75th Ave., Suite 440, Glendale, AZ 85308

**WEST VALLEY OFFICE**
13555 W. McDowell Rd., Suite 302, Goodyear, AZ 85395

**PARADISE VALLEY OFFICE**
3815 E. Bell Rd., Suite 4200, Phoenix, AZ 85032

**EAST VALLEY OFFICE**
1488 W. Elliot Rd., Gilbert, AZ 85233

✳ <u>URODYNAMIC</u>

IF UNABLE TO KEEP APPOINTMENT, KINDLY GIVE 24 HRS. NOTICE

Appointment Date: _____    Time: _____

Urodynamics is a specialized series of tests used to evaluate the pressures in your bladder. Urodynamic equipment involves computerized diagnostics to fully analyze flow patters and bladder function. This information is important in making the best recommendations for treatment options. Our staff members have been specially trained in urodynamic testing procedures and techniques. The testing is performed at the office in a private testing room. The technician will be present at all times during this test. Please allow one (1) hour for the procedure, although the test may take less time. It does not require the use of medications.

**Pre-Procedure Instructions:**
1.  Please come to the appointment with a **FULL BLADDER**.
2.  <u>Do not take any pain medications or muscle relaxers the day of the procedure.</u>
3.  Please do not put any lotion on below the waist.
4.  **PLEASE DO NOT USE THE RESTROOM PRIOR TO YOUR APPOINTMENT.**

**The Test:**
*   You will undress from the waist down and a drape will be provided for you to cover up with.
*   You will be asked to empty your bladder on a special commode that will measure your urine stream
*   A 14-french straight catheter will be inserted to completely empty your bladder and removed once the bladder is empty.
*   A small catheter (the size of a thin spaghetti) will be inserted in your bladder and will stay for the duration of the test.
*   A small catheter (the size of a thin spaghetti) will be placed in your rectum to measure the pressures in the abdomen.
*   Three electrodes (similar to EKG) will be placed on both sides of the rectum and on the left inner thigh.
*   You will then be asked to once again empty your bladder on the special commode and the technician will attach all the wires to begin the test.
*   As the fluid is filled into your bladder, you will be asked a series of questions by the technician. Please let the technician know when you have following sensations:
    o   Sensation to urinate
    o   Desire to urinate
    o   Strong desire to urinate
    o   Urge to urinate
    o   When your bladder is at full capacity
*   There are several other questions that will be asked and some maneuvers that you will be asked to do during the test.
*   At the end of the procedure you will be asked one last time to urinate in the special commode with all the catheters in place.
*   Once the test is complete, the technician will remove all the catheters and electrodes.
*   A print out of the test results will be given to your provider and will be discussed with you at your follow up appointment with the provider. <u>Please note that the technician performing the test is not qualified to provide you with any test results.</u>

**After the Test:**
It is common to feel uncomfortable after the test. It is also common to have some burning with urination and even slight blood. We recommend that you drink plenty of water after the test.

---

ARIZONA UROLOGY LLC • 1488 W ELLIOT ROAD, GILBERT AZ 85233-5196

**ARNAOUDOFF, Nancy (i⬛⬛⬛⬛⬛   dob: ⬛⬛⬛⬛⬛**

| Past Medical History not reviewed (last reviewed ⬛⬛⬛⬛ |
| --- |

## Procedure Documentation

**URODYNAMIC RESULTS**

**Flowrate with Urodynamics:**
Bladder
Qmax: [13 ] ML/S
Qavg: [7 ] CC
Voided Volume: [62 ] CC
Comments: Flow pattern may be indicative of a voiding dysfunction. *
Post Void Residual Volume: {{257 | MLS Technique: Bladder Scan

Perianal surface EMG electrodes were placed at three and nine o'clock to measure pelvic floor and sphincter activity. A 8fr catheter is placed rectally to obtain intra-abdominal pressure. A 8fr catheter was placed in the patient's bladder using sterile technique for pressure recording and infusion of fluid. The patient's bladder was filled with sterile water at a rate of 50mL/min, and a cystometrogram and voiding pressure flow study were performed.

**FINDINGS**

**FILLING PHASE**

Volume at First Sensation (cc): [289 ]
Volume at First Desire (cc): [291 ]
Volume at Strong Desire (cc): [436 ]
Volume at Urgency Desire (cc): [ ]
Volume at Maximum Capacity (cc): [756 ]

Compliance:

Detrusor Instability:
With Urge? [ TypeText Here ]
At what Volume? (cc) [ ]
Leak:

Stress Maneuvers:
Leak with Valsalva?
At what Pressure? (cm H2o) [ ]
Bladder Volume? (cc) [ ] <

Leak with Cough?
At what Pressure? (cm H2o) [ ]
Bladder Volume? (cc) [ ]

EMG Detrusor Sphincter Activity: [Present - normal ]

**VOIDING PHASE**

Voided Volume (cc): [0 ]
Peak Flowrate (cc/sec): [- ]
Post Void Residual (cc): [771 ]
EMG Detrusor Sphincter Activity: Absent - normal
UA Dip Stick: [NEG for LE, nitrates, RBC, glucose & protein. ]
PDET at Peak Flow (cmH2o) [- ]

**PLAN**

Patient was given discharge instructions and was told to increase fluid intake for 48 hours and to expect the possibility of burning with urination and blood in urine for the next couple of days. Patient was instructed to go to the Emergency Room if fever greater than 101 degrees or inability to urinate.
Comments: [Continence Center of America performed UDS]

Urology Technician: Yuliana Ortiz

## Assessment / Plan

**1. Lower urinary tract symptoms** - 1. UDS with FR/PVR
2. tamsulosin

ARIZONA UROLOGY LLC • 1488 W ELLIOT ROAD, GILBERT AZ 85233-5196

**ARNAOUDOFF, Nancy (id ███████ dob: ███████)**

3. Follow up for UDS results
   R39.9: Unspecified symptoms and signs involving the genitourinary system

**Return to Office**
- Stephen M. Larsen, MD for FOLLOW UP 15 MIN at ARIZONA UROLOGY GILBERT on 12/17/2020 at 02:30 PM

**Encounter Sign-Off**
Encounter signed-off by Yuliana Ortiz, 12/09/2020.

Encounter performed and documented by Stephen M. Larsen, MD
Encounter reviewed & signed by Yuliana Ortiz on 12/09/2020 at 1:56pm

ARIZONA UROLOGY LLC • 1488 W ELLIOT ROAD, GILBERT AZ 85233-5196

**ARNAOUDOFF, Nancy (id▓▓▓▓▓, dob: ▓▓▓▓▓▓)**

## Surgical History
Reviewed Surgical History
- Procedure on bladder - Botox
- Dilation of bladder

## GYN History
Reviewed GYN History

## Obstetric History
Reviewed Obstetric History

## Past Medical History
Reviewed Past Medical History

## HPI
51-year-old female with abdominal pain which has persisted
Urodynamics recently demonstrates poor bladder contractility she has recently underwent Botox injection in August
Urodynamics also demonstrates external sphincter contractility with voiding and Valsalva voiding

## ROS
Patient reports no fatigue and no hair loss;**no heat/cold intolerance.** She reports no fever, no weight gain, no weight loss, and no exercise intolerance. She reports no chest pain, no shortness of breath when walking, and no palpitations. She reports no cough, no wheezing, and no difficulty breathing. She reports no muscle aches, no muscle weakness, no arthralgias/joint pain, and no swelling in the extremities. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches. She reports no swollen glands and no bruising.

## Physical Exam
Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing and well-nourished. Level of Distress: no acute distress.

**Lungs:** Auscultation: **no increased work of breathing**.

**Cardiovascular:** Heart Auscultation: **pulse regular**.

**Abdomen:** Inspection and Palpation: no tenderness or masses and soft. Liver: no hepatomegaly. Spleen: no splenomegaly.

**Skin:** General Appearance of extremities: no edema. Inspection and palpation: no rash or lesions and normal temperature.

## Assessment / Plan
**1. Retention of urine** - patient has had procedures done back all the way to 2012 and potentially earlier
Urodynamics recently demonstrates poor bladder contractility and external sphincter activity with voiding with Valsalva voiding
There is a chance that her poor bladder contracture E as a cconsequence of her Botox injection which will be temporary
But her external sphincter activity during voiding likely suggested element of dysfunctional lamination
She needs to learn clean and ready catheterization 4 times per day until her ability to urinate and empty her bladder improves, he will improve if this is a consequence of her Botox, but it may not if this is a consequence of long-standing dysfunctional elimination
R33.9: Retention of urine, unspecified
- URINARY RETENTION: CARE INSTRUCTIONS

Return to Office
None recorded.

## Encounter Sign-Off
Encounter signed-off by Stephen M. Larsen, MD, 12/17/2020.

Encounter performed and documented by Stephen M. Larsen, MD
Encounter reviewed & signed by Stephen M. Larsen, MD on 12/17/2020 at 2:20pm

---------- Forwarded message ---------
From: **Laurie Bell** <donotreply@invalidemail.com>
Date: Fri, Oct 15, 2021 at 9:29 AM
Subject: Consumer Cellular Employment Next Steps
To: <nancyarnaoudoff2022@gmail.com>



Dear Nancy,

Welcome to Consumer Cellular! We are thrilled to move you forward in the process of joining the Consumer Cellular Team. Thank you for submitting your signed offer letter. After successfully completing the steps below, your proposed start date will be 11/1/21 at 8:30 am.

What's next?

1. Pre-screenings:

   You will receive two emails from Sterling; one in regards to your background check and another to schedule your drug screening. If you do not receive these emails and have checked your spam folder to verify they are not there, please let us know.

   IMPORTANT - You have 24 hours to fill out your background paperwork and schedule your drug screening. Failure to complete these tasks within 24-48 hours may potentially disrupt the hiring process and move your start date back.

   When the results of your screenings are received, you will receive a confirmation from us.

2. New Hire Paperwork:

   We will be sending an additional email with a link to the following new hire documents. Please review and complete these as soon as possible.

   - CSR New Hire Policy Packet - Please review and sign.
   - New Hire Information - Please complete all fields.
   - I9 - Please only complete section one, and select whether you are a US Citizen, non-citizen, etc.
   - Arbitration Agreement and Jury Trial Waiver - Please review and sign this document. This document needs to be signed prior to the first day of work.
   - Work Opportunity Tax Credit (WOTC) - Consumer Cellular is participating in a federal job tax credit program. The information you share is optional and will be kept confidential and will only be used to assess whether or not you are eligible for the program.

It is essential that these items are completed as soon as possible. Delays in completing paperwork could affect your hire status with Consumer Cellular. When preparing for your first day at Consumer Cellular, please gather the documents required for identity and authorization to work (see attached list for acceptable documents).

Any questions? I'm here to help! Feel free to contact me at 602.759.5903.

Thank you,

Laurie Bell
Recruiting Coordinator
602.759.5903
laurie.bell@consumercellular.com



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Phoenix District Office**
3300 North Central Avenue, Suite 690
Phoenix, AZ 85012
(602) 661-0002
Website: www.eeoc.gov

Nancy Arnaoudoff

Re: Nancy Arnaoudoff v. TIVITY HEALTH INC
    EEOC Charge Number: 540-2021-02263

### NOTICE OF TRANSFER OF Charge of Discrimination

This is to notify you that the above-referenced Charge of Discrimination has been transferred to the Little Rock Area Office for Processing. Please make all future contact regarding this charge to:

    Little Rock Area Office
    820 Louisiana St Suite 200
    Little Rock, AR 72201
    Phone: (501) 900-6130
Email: LRAO.INTAKE@EEOC.GOV

On Behalf of the Commission:

Digitally Signed By:Melinda Caraballo
01/11/2023

Melinda Caraballo
Acting District Director



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Little Rock Area Office**
820 Louisiana St, Suite 200
Little Rock, AR 72201
(501) 900-6130
Website: www.eeoc.gov

## <u>DETERMINATION AND NOTICE OF RIGHTS</u>
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 05/03/2023

**To:** Nancy Arnaoudoff
     101 S. Rita Lane
     Chandler, AZ 85226
Charge No: 540-2021-02263

EEOC Representative and email:    JEROME NUNLEY
                                    Federal Investigator
                                    jerome.nunley@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 540-2021-02263.

On behalf of the Commission,

Digitally Signed By:Edmond Sims
05/03/2023

Edmond Sims
**Acting District Director**

**Cc:**
Daniel Crowell
Barton PLLC
611 COMMERCE ST STE 2603
Nashville, TN 37203

Bonnie Schirato
TIVITY HEALTH INC
701 COOL SPRINGS BLVD
Franklin, TN 37067

Elliot Isaac
LAW OFFICE OF ELLIOT S. ISAAC, P.C.
14820 N. Cave Creek Rd., Suite 3
Phoenix, AZ 85032


Please retain this notice for your records.

---------- Forwarded message ---------
From: **Elliot Isaac** <isaaclawyer@gmail.com>
Date: Wed, May 3, 2023, 12:47 PM
Subject: Tivity
To: Nancy Arnaoudoff <nancyarnaoudoff2023@gmail.com>


Hi Nancy - the EEOC dismissed the claim; I will ask Kristi to set a time for us to talk on the phone.

Elliot

--

Law Office of Elliot S. Isaac, P.C.
14820 N. Cave Creek Road
Suite 3
Phoenix, AZ 85032
http://www.elliotisaac.com
(602) 404-0099
Fax: (602) 404-3516