**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nancy Arnaoudoff, | No. CV-23-01510-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Tivity Health Incorporated, | |
| Defendant. | |

Before the Court is Plaintiff Nancy Arnaoudoff's "Motion to Correct the Improperly Named Defendant in the Original Complaint" (Doc. 26) and "Motion to Modify Damage Request" (Doc. 27). Defendant Tivity Health Incorporated filed Responses, indicating it does not oppose Plaintiff's requests under certain circumstances. (*See* Docs. 28; 29). In light of Defendant's limited agreements, the parties are directed to meet and confer regarding Plaintiff's proposed amendments. If the amendments are consented to, then Plaintiff shall file a Notice of Filing of the amended pleading and attach a copy of the amended pleading to the Notice as required by Local Rule 15.1(b). The notice must certify that the proposed amendments are consented to be Defendant. LRCiv 15.1(b).

Accordingly,

**IT IS ORDERED** that **no later than June 4, 2024**, the parties shall meet and confer regarding Plaintiff Nancy Arnaoudoff's "Motion to Correct the Improperly Named Defendant in the Original Complaint" (Doc. 26) and "Motion to Modify Damage

Request" (Doc. 27).  If the amendments are consented to, then by **June 7, 2024**, Plaintiff shall file a Notice of Filing of the amended pleading and attach a copy of the amended pleading to the Notice as required by Local Rule 15.1(b).   The notice must certify that the proposed amendments are consented to by Defendant.  LRCiv 15.1(b).

Dated this 28th day of May, 2024.

_____
Honorable Diane J. Humetewa
United States District Judge

- 2 -